# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: **CR14-0521**

U.S.A. v. MEHRAN KHALILI

[✓] Indictment   [ ] Information

Defendant Number: 4
Year of Birth: 1968
Investigative agency (FBI, DEA, etc.): HSI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**FILED 2014 SEP -9 AM 11:38  CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: UNKNOWN to September 9, 2014

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in:

**CHECK ALL THAT APPLY**
[✓] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense: _____

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
Case Number _____
Charging _____

The complaint:   [ ] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide, Name: _____
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  [x] YES   [ ] NO
IF YES, list language and/or dialect: Farsi

**OTHER**
- [x] Male   [ ] Female
- [ ] U.S. Citizen   [x] Alien

Alias Name(s): _____

This defendant is charged in:   [ ] All counts
[x] Only counts: 1, 2, 7-10

- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [x] No
IF YES, should matter be sealed?   [ ] Yes   [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [ ] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [x] Other   Money laundering

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [ ] Yes   [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges::   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___20   ___21   ___40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  September 9, 2014

Signature of Assistant U.S. Attorney
Julie J. Shemitz
Print Name