# *Memorandum*



| Subject: | Date: |
|---|---|
| UNITED STATES v. PACIFIC EUROTEX CORP., ET AL. | September 9, 2014   CR14-0521 |

| To: | From: |
|---|---|
| TERRI NAFISI<br>Clerk, United States District Court<br>Central District of California | JULIE J. SHEMITZ<br>Assistant United States Attorney<br>Criminal Division |

FILED 2014 SEP -9 AM 11:37 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF LOS ANGELES

For purposes of determining whether the above-referenced matter, being filed on September 9, 2014:

(a)   should be assigned to the Honorable André Birotte Jr., it

☒ is

☐ is not

a matter that was pending in the United States Attorney's Office on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)   should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

JULIE J. SHEMITZ
Assistant United States Attorney
Criminal Division