UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Pacific Eurotex Corp Defendant. | Western Division<br>Case Number: 2:14-CR-00521-UA-1    Indictment<br>Initial App. Date: 09/10/2014    Custody<br>Initial App. Time: 1:00 PM<br>Date Filed: 09/09/2014<br>Violation: 18:1956(h);18:1956(a)(1)(B)<br>(ii);18:371;31:5313 and 5324(a),<br>(d)(2);31:5331 and 5324(b),<br>(d)(2);18:982(a)(1);31:5317<br>CourtSmart/ Reporter: M. Bustillos |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Charles F. Eick | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |

PRESENT:    Pierson, Stacey        J. Lang            Farsi
            Deputy Clerk       Assistant U.S. Attorney    Interpreter/Language

☒ INITIAL APPEARANCE NOT HELD - CONTINUED
☐ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Ariel A Neuman, Retained ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 9-17-14 (Time) 1 pm ☐ AM / PM
   Type of Hearing: Arraignment Before Judge _____ ☒ (Duty) Magistrate Judge.
   Proceedings will be held in the ☒ Duty Courtroom 341 ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA ☐ USPO        ☐ FINANCIAL        ☐ READY
                                        Deputy Clerk Initials _____

Statt of rights

M-5 (10/13)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1