FILED
2014 SEP 10 PM 12:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___CR___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>HERSEL NEMAN | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>CR14-0521 -3<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: September 10, 2014  6:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   Title 18, USC, 1956(h):1956(a)(1)(B)(ii) / Title 18, USC, 371: Title 31, USC, 5313 and 5324(a), (d)(2)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: Farsi

7. Year of Birth: 1960

8. Defendant has retained counsel:  ☐ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Pending notification

10. Remarks (if any): _____

11. Name: Michael Browning  (please print)

12. Office Phone Number: 562-624-3874

13. Agency: ICE-HSI

14. Signature: [signature]

15. Date: 9/10/2014

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION