FILED

2014 SEP 10 PM 12:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                       PLAINTIFF | CR14-0521 -2 |
| MORAD NEMAN | REPORT COMMENCING CRIMINAL ACTION |
|                        DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: September 10, 2014  6:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   Title 18, USC, 1956(h):1956(a)(1)(B)(ii) / Title 18, USC, 371: Title 31, USC, 5313 and 5324(a), (d)(2)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: Farsi

7. Year of Birth: 1960

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Pending notification

10. Remarks (if any): _____

11. Name: Michael Browning   (please print)

12. Office Phone Number: 562-624-3874

13. Agency: ICE-HSI

14. Signature: [signature]

15. Date: 9/10/2014

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION