FILED

2014 SEP 10 PM 12:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>MEHRAN KHALILI | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>CR14-0521 -4<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: September 10, 2014 6:00    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

    Title 18, USC, 1956(h) / Title 18, USC, 371: Title 31, USC, 5324(d)(2)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: Tagalog

7. Year of Birth: 1960

8. Defendant has retained counsel:   ☐ No
    ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Pending notification

10. Remarks (if any): _____

11. Name: Michael Browning   (please print)

12. Office Phone Number: 562-624-3874       13. Agency: ICE-HSI

14. Signature: _____       15. Date: 9/10/2014

CR-64 (2/14)         REPORT COMMENCING CRIMINAL ACTION