# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00521        Recorder: Maria Bustillos        Date: 09/10/2014

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Stacey Pierson                Assistant U.S. Attorney: Jamie Lang

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 4.) MEHRAN KHALILI  BOND-PRESENT | 4.) ARIEL A. NEUMAN  RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John A. Kronstadt.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 11/4/2014 at 9:00 AM
    Pre-trial Conference 10/23/2014 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

A joint report is due by 09/24/2014. The last day to hear motions is 10/23/2014 at 8:30 a.m.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: SP by TRB