Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

ORIGINAL

Case Number  CR 14-521(A)-JAK                                 Defendant Number  5

U.S.A.  v.  MEHRAN KHALILI                                    Year of Birth  1968

[✓] Indictment    [ ] Information        Investigative agency (FBI, DEA, etc.)  HSI

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense    Unk to 9/9/14

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles         [ ] Ventura

[ ] Orange              [ ] Santa Barbara

[ ] Riverside           [ ] San Luis Obispo

[ ] San Bernardino      [ ] Other

Citation of Offense    18, USC 371; 31 USC 5324

e. Division in which the MAJORITY of events, acts, or omissions
giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)    [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?    [ ] No    [ ] Yes

IF YES    Case Number

Pursuant to General Order 16-05, criminal cases may be related

if a previously filed indictment or information and the present

case:

a. arise out of the same conspiracy, common scheme,

transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

entail substantial duplication of labor in pretrial, trial or

sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE**    CR 14-521-JAK

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:

Case Number

Charging

The complaint:    [ ] is still pending

[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?                         [✓] Yes

IF YES, provide Name:    Richard Steingard, Esq.

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*    [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**    [ ] Yes    [✓] No

This is the  1st    superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

Case Number

The superseded case:

[✓] is still pending before Judge/Magistrate Judge

KRONSTADT

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?

[ ] Yes*    [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

[ ] Yes*    [✓] No

(stamp) CLERK U.S. DISTRICT COURT / CENTRAL DIST. OF CALIF. / LOS ANGELES  2017 NOV 29  PM 3:32  FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☑ YES          ☐ NO

IF YES, list language and/or dialect:

FARSI

## OTHER

☑ Male          ☐ Female

☐ U.S. Citizen          ☑ Alien

Alias Name(s) _____

This defendant is charged in:          ☐ All counts

☑ Only counts:  2 through 6

☐ This defendant is designated as "High Risk" per
    18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes          ☑ No

IF YES, should matter be sealed?          ☐ Yes          ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud          ☐ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses          ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☑ Other   structuring conspiracy

## CUSTODY STATUS

<u>Defendant is **not** in custody:</u>

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?          ☐ Yes          ☐ No

d. Is on bail or release from another district:
_____

<u>Defendant is **in** custody:</u>

a. Place of incarceration:          ☐ State          ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:
_____

d. ☐ Solely on this charge.  Date and time of arrest:
_____

e. On another conviction:          ☐ Yes          ☐ No

  IF YES :          ☐ State          ☐ Federal          ☐ Writ of Issue

f. Awaiting trial on other charges:          ☐ Yes          ☐ No

  IF YES :          ☐ State          ☐ Federal          AND

  Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.          20 _____          21 _____          40 _____

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date   11/15/2017

Signature of Assistant U.S. Attorney

AUSA JULIE J. SHEMITZ
Print Name